IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DENNIS RAY STENSON                                                                                    PLAINTIFF

v.                                          Case No. 6:22-cv-6076

JUDGE RALPH OHMS, *et al*.                                                                      DEFENDANTS

# **ORDER**

Before the Court is a Report and Recommendation issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 10. Judge Bryant recommends that Plaintiff's claim be dismissed without prejudice for failure to prosecute this matter and for failure to adhere to the Local Rules.

Plaintiff has not filed an objection to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 10) *in toto*. Accordingly, Plaintiff's complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 13th day of October, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge